## PATRICIA KANE v. JAMES D. PARRY
### (14607)

PETERS, C. J., BORDEN, BERDON, PALMER and SANTANIELLO, Js.

Argued March 25—decision released August 3, 1993

*Philip M. French,* with whom was *Patricia Kane,* for the appellant (plaintiff).

*Sperry A. DeCew,* for the appellee (defendant).

PER CURIAM. After examining the record on appeal and after considering the briefs and arguments of the parties, we have concluded that the appeal in this case should be dismissed on the ground that certification was improvidently granted.

The appeal is dismissed.